IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN CALENDINE,<br><br>                    Defendant. | No. CR15-5046BHS<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

      THIS MATTER comes before the court on Stipulation of Defendant John Calendine and the United States of America for a Continuance of the Trial date from March 31, 2015 to <u>June 23, 2015</u> as well as the pretrial deadlines.  Mr. Calendine seeks this continuance in order to allow his counsel additional time to review discovery, investigate the government's allegations and to engage in negotiations in the hope of resolving the case without the necessity of a trial.  Mr. Calendine has filed a Waiver of Speedy Trial through July 7, 2015. The court has considered the reasons for the motion, any response by the United States, and the files herein.

      The court finds that the defendant's need for additional time to prepare his defense and to conduct negotiations for resolution is reasonable.  Based on these findings, the court concludes that the continuance of the trial date sought by the parties serves the ends of justice.  Further, a continuance of this matter from March 31, 2015 to <u>June 23, 2015</u> outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).  Proceeding to trial absent adequate time for the defense to prepare

ORDER CONTINUING TRIAL DATE  – Page 1

LAW OFFICE OF PAULA T. OLSON
1008 South Yakima Avenue, Ste. 100
Tacoma, Washington 98405
Tacoma: (253) 627-1747
Facsimile: (253) 627-1757

would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(I).  The defense needs additional time to review discovery and conduct negotiations, which are not possible within the time limits established by the Speedy Trial Act and as currently set for this case.  18 U.S.C. § 3161(h)(8)(B)(ii).  Taking account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation for his defense.  18 U.S.C. § 3161(h)(8)(B)(iv).

Therefore, it is hereby

ORDERED that the Parties' Stipulated Motion to Continue the Trial Date and Pretrial Dates is GRANTED.  The Trial Date is continued from March 31, 2015 to   June 23, 2015.  The Pretrial Motions Deadline is May 14, 2015, and the Pretrial Conference is June 15, 2015, at 2:30 p.m.

DATED this 13th day of March, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

    /S/ Paula T. Olson        
PAULA T. OLSON, WSBA#11584
Attorney for Defendant John Calendine
Law Office of Paula T. Olson
1008 South Yakima Avenue, Suite 100
Tacoma, Washington 98405
(253) 627-1747 – Phone
(253) 627-1757 – Fax
olsonlaw@nventure.com  - email

      /s/ Amy Jaquette             
AMY JAQUETTE
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
(253) 428-3800 - Phone
(253) 428-3836 - Fax
Amy.Jaquette@usdoj.gov  – email

ORDER CONTINUING TRIAL DATE  – Page 2

**LAW OFFICE OF PAULA T. OLSON**
1008 South Yakima Avenue, Ste. 100
Tacoma, Washington 98405
Tacoma: (253) 627-1747
Facsimile: (253) 627-1757